UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MATTHEW BELARDINELLI et al.,                :
:
        Plaintiffs,                    :
:
        -v-                               :    15-cv-4935 (KBF)
:
CONCEPTS IN STAFFING, INC., ARTHUR   :    ORDER
ABRAMS, and MONA ABRAMS,                 :
:
        Defendants.                    :
:
------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: June 29, 2015 |

KATHERINE B. FORREST, District Judge:

    It is hereby ORDERED that:

1. Lead counsel for all parties shall appear for an **in-person** initial pretrial conference ("IPTC") on **Tuesday, July 28, 2015** at **2:00 p.m.** The parties shall call Chambers (212-805-0276) from one line at that time. All counsel in receipt of this order shall notify all other parties (or, if known, their attorneys) of the IPTC by serving each of them with a copy of this order and with a copy of the Court's Individual Practices in Civil Cases. Counsel shall file proof of such service with the Court.

2. At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule in accordance with the form available at http://www.nysd.uscourts.gov/judge/Forrest.

3. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC.

SO ORDERED.

Dated:   New York, New York
         June 29, 2015

_____
KATHERINE B. FORREST
United States District Judge