UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATTHEW BELARDINELLI, et al.,

                    Plaintiff(s),                    15-CV-04935-KBF

-against-                                      AFFIDAVIT OF SERVICE

CONCEPTS IN STAFFING, INC., et al.,

                    Defendant(s),
------------------------------------------------------------X
STATE OF NEW YORK  )
                             S.S.:
COUNTY OF ALBANY   )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 6TH day of July, 2015, at approximately the time of 2:00P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, deponent served the SUMMONS IN A CIVIL ACTION AND COMPLAINT AND CIVIL COVER SHEET upon CONCEPTS IN STAFFING, INC., in this action, by delivering to and leaving with NANCY DOUGHERTY an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        NANCY DOUGHERTY is a white female, approximately 60 years of age, stands approximately 5 feet 0 inches tall, weighs approximately 120 pounds with brown hair and wears glasses.

*/s/ Deborah LaPointe*
DEBORAH LaPOINTE

Sworn to before me this
6TH day of July, 2015

_____
NOTARY PUBLIC

FRANK J. PANUCCI
NOTARY PUBLIC, STATE OF NEW YORK
COUNTY OF ALBANY
# 4721156
COMMISSION EXPIRES JULY 31, 20 18

D.L.S., Inc.
100 State Street
Sta. 220
Albany, NY 12207
518-449-8411
www.dlsnational.com

```
                  State of New York - Department of State
                              Receipt for Service

Receipt #:  201507060436                          Cash #: 201507060397
Date of Service: 07/06/2015                       Fee Paid: $40 - DRAWDOWN
Service Company: 10 D.L.S. INC. - 10

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  CONCEPTS IN STAFFING, INC.


Plaintiff/Petitioner:
          BELARDINELLI, MATTHEW



Service of Process Address:
MONA ABRAMS
9 EAST 37TH STREET
NEW YORK,  NY 10016

                                              Secretary of State
                                              By  NANCY DOUGHERTY
```