UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
Belardinelli et al.                                                :
                                                                   :
                                        Plaintiff(s),              :
                                                                   :          15   Civ. 4935   (KBF)
                    -v-                                            :
Concepts in Staffing, Inc. et al.                                  :          SCHEDULING ORDER
                                                                   :
                                        Defendant(s).              :
------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties [do ☐ / do not ☑] consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Close of fact discovery: May 2, 2016 . **[within 4 months unless the case is particularly complex]**

3. Close of expert discovery: May 27, 2016 . **[25 days after the close of fact discovery; the parties are to negotiate interim dates regarding expert witnesses]**

   The parties contemplate experts in this matter for the following subject(s): none at this time .

4. **[For F.L.S.A. actions only]** Plaintiff(s) [do ☐ / do not ☑] anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

   Proposed briefing schedule:
   Opening:    _____ [30 days after initial conference]
   Opp'n:      _____ [21 days after opening brief]
   Reply:      _____ [7 days after opposition brief]

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

5. The parties [do ☑ / do not ☐] anticipate making dispositive motions. The contemplated dispositive motion(s) is/are a motion(s) <u>summary judgment   and motion to dismiss</u>.

    <u>Proposed briefing schedule:</u>
    Opening: <u>May 27, 2016</u>     [no later than item 3]
    Opp'n: <u>June 17, 2016</u>     [21 days after opening brief]
    Reply: <u>June 24, 2016</u>     [7 days after opposition brief]
    *Last dates to file; motions may be brought at any time.*
                                                    \*\* Only Plaintiffs request
6. Trial [will ☑ / will not ☐] be before a jury trial by jury.

### DO NOT FILL IN BELOW. THE COURT WILL SET ITEMS 7-10.

7. The next status conference is set for _____ at _____.

8. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due: _____.

9. The Final Pretrial Conference ("FPTC") is set for _____ at _____.

    Motions in limine are due <u>two weeks</u> before FPTC; oppositions are due one week later. <u>Daubert</u> motions are due <u>four weeks</u> before FPTC; oppositions are due two weeks later. (No replies.)[2]

10. Trial in this matter shall commence on _____. Trial is anticipated to take _____ [days / weeks].

### Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).

SO ORDERED.

Dated: New York, New York
        _____, 2015

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge

---

[2] Deadlines for motions in limine and <u>Daubert</u> motions are generalized and subject to change. The parties may request modified schedule if desired.