```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 9 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
Belardinelli et al                                             :
                                                               :
                                          Plaintiff(s),        :
                                                               :
                    -v-                                        :
Concepts in Staffing, Inc. et al.                              :
                                                               :
                                          Defendant(s).        :
------------------------------------------------------------- X

15 Civ. 4935 (KBF)

<u>SCHEDULING ORDER</u>

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties [do [ ] / do not [✓]] consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Close of fact discovery: May 2, 2016. **[within 4 months unless the case is particularly complex]**

3. Close of expert discovery: ~~May 27, 2016~~. **[25 days after the close of fact discovery; the parties are to negotiate interim dates regarding expert witnesses]**

   The parties contemplate experts in this matter for the following subject(s): ~~none at this time~~.

4. [For F.L.S.A. actions only] Plaintiff(s) [do [ ] / do not [✓]] anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

   <u>Proposed briefing schedule:</u>
   Opening:  _____   [30 days after initial conference]
   Opp'n:    _____   [21 days after opening brief]
   Reply:    _____   [7 days after opposition brief]

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

5. The parties [do ✓ / do not ☐] anticipate making dispositive motions. The contemplated dispositive motion(s) is/are a motion(s) summary judgment and motion to dismiss.

Proposed briefing schedule:
Opening: May 27, 2016 [no later than item 3]
Opp'n: June 17, 2016 [21 days after opening brief]
Reply: June 24, 2016 [7 days after opposition brief]
*Last dates to file; motions may be brought at any time.*

\*\* Only Plaintiffs request
6. Trial [will ✓ / will not ☐] be before a jury trial by jury.

**DO NOT FILL IN BELOW. THE COURT WILL SET ITEMS 7-10.**

7. The next status conference is set for 12/4/15 at 11 a.m. (Telephonic)

8. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due: 7/15/16.

9. The Final Pretrial Conference ("FPTC") is set for 7/20/16 at 1 PM.

Motions in limine are due two weeks before FPTC; oppositions are due one week later. Daubert motions are due four weeks before FPTC; oppositions are due two weeks later. (No replies.)[2]

10. Trial in this matter shall commence on 7/25/16. Trial is anticipated to take 1 [days/weeks].

**Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

SO ORDERED.

Dated: New York, New York
       9/9, 2015

KATHERINE B. FORREST
United States District Judge

---

[2] Deadlines for motions in limine and Daubert motions are generalized and subject to change. The parties may request modified schedule if desired.