```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MATTHEW BELARDINELLI et al.,                                      :
                                                                  :
                        Plaintiffs,                               :
                                                                  :
        -v-                                                       :   15-cv-4935 (KBF)
                                                                  :
CONCEPTS IN STAFFING, INC., ARTHUR                                :   ORDER
ABRAMS, and MONA ABRAMS,                                          :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 16, 2015

KATHERINE B. FORREST, District Judge:

The Court observes that defendants' response to plaintiffs' amended complaint (ECF No. 16) was due on September 14, 2015. The Court assumes that defendants do not intend to default in this proceeding. Defendant shall file a response to the amended complaint as soon as possible.

SO ORDERED.

Dated:    New York, New York
          September 16, 2015

                                            _____
                                                 KATHERINE B. FORREST
                                                United States District Judge