UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MATTHEW BELARDINELLI et al.,

        Plaintiffs,

    -v-                                   15-cv-4935 (KBF)

CONCEPTS IN STAFFING, INC., ARTHUR      ORDER
ABRAMS, and MONA ABRAMS,

        Defendants.

-------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: December 1, 2015 |

KATHERINE B. FORREST, District Judge:

     The telephonic status conference set for December 4, 2015 at 11:00 a.m. is hereby rescheduled to **Wednesday, December 9, 2015** at **9:00 a.m.**  The parties shall call (212) 805-0139 on a single line at the time of the conference.

     SO ORDERED.

Dated:     New York, New York
             December 1, 2015

                                                  *KATHERINE B. FORREST*
                                         United States District Judge