```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   MATTHEW BELARDINELLI et al.,                             :
                                                            :
                        Plaintiffs,                         :
                                                            :
             -v-                                            :     15-cv-4935 (KBF)
                                                            :
   CONCEPTS IN STAFFING, INC., ARTHUR                       :         ORDER
   ABRAMS, and MONA ABRAMS,                                 :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

<div style="border:1px solid black; padding:4px; display:inline-block;">
USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: December 9, 2015
</div>

KATHERINE B. FORREST, District Judge:

As set forth during the telephonic status conference held on December 9, 2015, the next **telephonic** status conference is set for **April 15, 2016** at **9:30 a.m.** The parties shall call (212) 805-0139 on a single line at the time of the conference.

SO ORDERED.

Dated:   New York, New York
         December 9, 2015

                                          _____
                                              KATHERINE B. FORREST
                                              United States District Judge