```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   MATTHEW BELARDINELLI et al.,                             :
                                                            :
                             Plaintiffs,                    :
                                                            :
                   -v-                                      :     15-cv-4935 (KBF)
                                                            :
   CONCEPTS IN STAFFING, INC., ARTHUR                       :         ORDER
   ABRAMS, and MONA ABRAMS,                                 :
                                                            :
                             Defendants.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 1, 2016

KATHERINE B. FORREST, District Judge:

The Court has reviewed the May 23, 2016 and May 27, 2016 submissions from counsel in support of the proposed settlement of this action. (ECF Nos. 30, 31, 33.) The Court has reviewed, in particular, plaintiffs' counsel's request for attorneys' fees of $18,772.26 and costs of $3,683.15. The Court notes that, with respect to legal fees, counsel is requesting a percentage recovery of the aggregate payment to plaintiffs, and is not basing their fee request on the total figure that counsel billed in this action. That fact notwithstanding, the Court reviewed the hourly rates contained in plaintiffs' counsel's time sheets and recalculated counsel's billing total based on the assumption that the Court would approve no more than an hourly rate of $350-$375 for any individual attorney. Even under that framework, and even accounting for duplication, the Court concludes that plaintiffs' counsel's legal fees request is fair and reasonable.

Based on the foregoing, the Court has carefully reviewed the proposed settlement and finds that it is fair and reasonable.  See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).  Accordingly, the settlement is APPROVED.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:   New York, New York
        June 1, 2016

                                                KATHERINE B. FORREST
                                                United States District Judge